IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 73.160.218.175

**ISP:** Comcast Cable
**Physical Location:** East Orange, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 12/02/2016 01:04:48 | B47850AAF61B608B3E7BDFBC795D29C4A7D8691C | Return of the Pussy Cat Burglar |
| 12/02/2016 00:39:12 | 914F86188E3EF87DE6558D943E850797B4AF845D | Pussy Cat Burglar |
| 06/06/2016 23:26:36 | EAE5FF4F042916E376FAEC1DF9FCE609B666D5D2 | Good Night Kiss |
| 06/06/2016 23:10:03 | E7686C6190E83B8B2F7A6ADC3DA182428CCF6171 | The Studio Part #1 |
| 06/02/2016 23:31:09 | 80E866DE925809C923A0E59144E6466448FD8794 | Sexy Summer Camp |
| 05/16/2016 11:38:30 | 5802A76C11244BB1D5528435C4BC26993CEE1883 | Tropical Sexcapades |
| 05/16/2016 02:16:53 | 6B4CE8FD1D0D92B3B752E5DCEE0AFC20359B3012 | Come Fuck With Me |
| 04/22/2016 02:10:21 | F0FD5C999A9F0543E5FE9C5C89EBF30F3F93F016 | Maybe Yes |
| 04/22/2016 00:00:20 | 25E6CE0F9DCE6D0CA7DB1F688DC6A6F41A03BE9F | Perfectly Taylored |
| 04/19/2016 15:29:56 | B935085C8086A063BD94B3071E599EDE53FE6D54 | The Cock Teaser |
| 04/15/2016 19:06:19 | 70A034939C253667D5FAA7EB749EEACE141BB687 | In Love With Little Caprice |
| 04/03/2016 13:41:38 | 238CB2BD6AB6DEE99449A5EA74730EB56A327C5D | Tantalizing Fox |
| 04/03/2016 13:40:34 | 43A80D093954034EC222DBA3F943656B80CB07D9 | Two Fingers Deep |

**Total Statutory Claims Against Defendant: 13**

EXHIBIT A

CNJ633